CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD TESTIFICANDUM |
| v. | ) | |
| | ) | |
| JON PHILLIP DUMIRE | ) | Criminal No. 7:15-CR-00098 |

Comes now, Daniel P. Bubar, Assistant United States Attorney for the Western District of Virginia, and informs the Court that one **ADRIAN HYDE (DOB: 1995)** is incarcerated in the **Roanoke City Jail** and that the said **ADRIAN HYDE (DOB: 1995)** is a necessary witness before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, scheduled for Jury Trial on **August 9-11, 2016, at 9:30 a.m.**

WHEREFORE, your petitioner prays for an Order of this Court directing the Honorable Gerald S. Holt, United States Marshal, Roanoke, Virginia, to produce the body of the said **ADRIAN HYDE (DOB: 1995)** that he may appear and testify before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on **August 9-11, 2016, at 9:30 a.m.**

Dated: July 22, 2016

_/s/ Daniel P. Bubar_
Daniel P. Bubar, (IL 6282587)
Assistant United States Attorney

************************************************************************

TO: Superintendent, Roanoke City Jail, 324 Campbell Ave., Roanoke, VA 24016
Telephone: (540) 853-2621

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (540) 857-2250.**

GREETINGS:

WE COMMAND YOU that you surrender the body of **ADRIAN HYDE (DOB: 1995)** detained in the **Roanoke City Jail**, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, or any other authorized Federal Law Enforcement Agent/Officer, to the end that his body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on **August 9-11, 2016, at 9:30 a.m.**, or at such other time or times as the District Court may direct.

ENTER: This 25th day of July, 2016.

/s/ Elizabeth K. Dillon
UNITED STATES DISTRICT JUDGE

1

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL
OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT
AGENT/OFFICER:

TO EXECUTE:

WE COMMAND that you proceed to the **Roanoke City Jail** and remove therefrom the body of **ADRIAN HYDE (DOB: 1995)** and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on **August 9-11, 2016, at 9:30 a.m.**, or at such other time or times as the District Court may direct; and upon completion of his testimony, return the said **ADRIAN HYDE (DOB: 1995)** to the **Roanoke City Jail.**

JULIA C. DUDLEY
CLERK OF COURT

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of August, 2016.

BY: _____
United States Marshal/Deputy or any other
authorized Federal Law Enforcement Agent/Officer

RETURNED:

EXECUTED this _____ day of August, 2016.

BY: _____
United States Marshal/Deputy or any other
authorized Federal Law Enforcement Agent/Officer

SENTENCED STATE PRISONER:    Yes: _____    No: _____