UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - COURT HEARING

Case No.: 7:15CR98       Date: 8/10/16

**Defendant:** Jon Phillip Dumire, custody       **Counsel:** Paul Beers, cja

PRESENT:
- JUDGE: Elizabeth K. Dillon   TIME IN COURT: 11:00 – 11:16 AM – 16 minutes
- Deputy Clerk: L. Dozier
- Court Reporter: Judy Webb
- U. S. Attorney: Daniel Bubar, John Fishwick, AUSA
- USPO: Sami Cilek
- Case Agent: -
- Interpreter: -

**PROCEEDINGS:**

Defendant present with counsel for guilty plea hearing. Defense counsel advised court that defendant does not want to go forward with guilty plea and wants to proceed to trial. Defendant's oral motion to extend time to file his brief/responses to motions filed by former counsel until 8-15-16. Court grants motion and gives government until 8-22-16 to respond. Pretrial Conference Hearing to be set 8-24-16 at 3:00 PM. Trial set 8-31-16 thru 9-2-16. Defendant remanded to custody.